ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

RICHARD ANDREW SHELTON, JR., )
)
Plaintiff, )
)
v. ) CV 306-093
)
FRED BURNETTE, et al., )
)
Defendants. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED** without prejudice for failure to exhaust administrative remedies, Plaintiff's "Motion to Amend Complaint" (doc. no. 7) is **DENIED** as **MOOT**, and this civil action shall be **CLOSED**.

SO ORDERED this 27 day of March, 2007.

JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE